NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001029
01-SEP-2015
08:24 AM

NO. CAAP-14-0001029

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ONEWEST BANK, FSB, Plaintiff-Appellee,
v.
WARREN ROBERT WEGESEND SR.; THELLDINE LINMOE WEGESEND,
Defendants-Appellants,
and
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver
for Washington MUTUAL BANK and MILILANI TOWN ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50,
DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0909-03)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Defendants-Appellants Warren Robert Wegesend, Sr. and Thelldine Linmoe Wegesend's (Appellants) "Rule 40 Motion to Reinstate the Appeal" (Motion) filed on August 25, 2015, which seeks reconsideration of this court's August 13, 2015 Order Granting Motion to Dismiss Appeal, the papers in support and the record and files herein, it appears that:

(1) Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP) provides that "[a] motion for reconsideration may be filed by a party only within 10 days after the filing of the . . . ruling unless by special leave additional time is granted during

such period by a judge or justice of the appellate court involved."  (Emphasis added).

(2) Appellants' Motion is untimely under HRAP Rule 40.

Therefore, IT IS HEREBY ORDERED that said Motion is denied.

DATED:  Honolulu, Hawai'i, September 1, 2015.

Craig H. Nakamura
Chief Judge

Associate Judge

Associate Judge

2